ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 15 2009
CLERK, U.S. DISTRICT COURT
By [signature] Deputy

UNITED STATES OF AMERICA, §
§
PLAINTIFF, and *ex rel.* §
§
GERALD BRAZELL, et al. §
§
*QUI TAM* PLAINTIFFS, §
§
v. § NO.: 3:05-CV-0319-N
§
ALTA COLLEGES, INC. §
ELBERT, INC., d/b/a WESTWOOD §
COLLEGE-FORTH WORTH, TRAV §
CORPORATION d/b/a WESTWOOD §
COLLEGE DENVER NORTH and/or §
WESTWOOD COLLEGE HOUSTON § JURY REQUESTED
SOUTH, and EL NELL, INC., d/b/a §
WESTWOOD COLLEGE-DALLAS, §
§
DEFENDANTS. §

**JOINT STIPULATION AND ORDER OF DISMISSAL**

WHEREAS, all parties have agreed to settle this matter pursuant to a Settlement Agreement by and among the United States, the Defendants and the Relators dated March 30, 2009;

IT IS HEREBY STIPULATED AND AGREED that:

1. Relators dismiss their Third Amended Complaint and all remaining claims with prejudice as to the Relators.

2. The United States dismisses its Amended Complaint with prejudice, pursuant to the terms of the Settlement Agreement, and dismisses all remaining claims without prejudice as to the United States.

2. The United States dismisses its Amended Complaint with prejudice, pursuant to the terms of the Settlement Agreement, and dismisses all remaining claims without prejudice as to the United States.

IT IS SO STIPULATED,

MICHAEL F. HERTZ
ACTING ASSISTANT ATTORNEY GENERAL

JAMES T. JACKS
UNITED STATES ATTORNEY

J. Scott Hogan
Assistant United States Attorney
Texas Bar No. 24032425
801 Cherry Street, Unit 4
Burnett Plaza, Suite 1700
Fort Worth, Texas 76102-6882
Telephone: 817-252-5403
Facsimile: 817-978-6350

Joyce R. Branda
Michael Granston
Jay Majors
Attorneys, Civil Division
Commercial Litigation Branch

ATTORNEYS FOR THE PLAINTIFF
UNITED STATES OF AMERICA


Stacy L. Brainin
Texas Bar No. 02863075
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: 214-651-5000
Facsimile: 214-651-5940

ATTORNEYS FOR DEFENDANTS ALTA COLLEGES, INC., ELBERT, INC. d/b/a WESTWOOD COLLEGE-FORTH WORTH, TRAV CORPORATION d/b/a WESTWOOD COLLEGE DENVER NORTH and/or WESTWOOD COLLEGE HOUSTON SOUTH, and EL NELL, INC., d/b/a WESTWOOD COLLEGE-DALLAS

Julie E. Johnson
Texas Bar No. 10758900
Kay L. Van Wey
Van Wey & Johnson, L.L.P.
Texas Bar No. 20461960
3100 Monticello Avenue, Suite 500
Dallas, Texas 75205
Telephone: 214-265-7600
Facsimile: 214-265-7626

ATTORNEYS FOR RELATORS GERALD BRAZELL, SARA JAMAICA MOERS, GRANT GODFREY, SHANNON KOWACICH, DENISE GEE, LISA MICHELLE WILSON, MARGARITE L. BURELL, JEFFREY GRANGER, and AMY SIMON

Stacy L. Brainin
Texas Bar No. 02863075
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: 214-651-5000
Facsimile: 214-651-5940

ATTORNEYS FOR DEFENDANTS
ALTA COLLEGES, INC., ELBERT, INC. d/b/a
WESTWOOD COLLEGE-FORTH WORTH,
TRAV CORPORATION d/b/a WESTWOOD
COLLEGE DENVER NORTH and/or
WESTWOOD COLLEGE HOUSTON SOUTH,
and EL NELL, INC., d/b/a WESTWOOD
COLLEGE-DALLAS


Julie E. Johnson
Texas Bar No. 10758900
Kay L. Van Wey
Van Wey & Johnson, L.L.P.
Texas Bar No. 20461960
3100 Monticello Avenue, Suite 500
Dallas, Texas 75205
Telephone: 214-265-7600
Facsimile: 214-265-7626

ATTORNEYS FOR RELATORS
GERALD BRAZELL, SARA JAMAICA MOERS,
GRANT GODFREY, SHANNON KOWACICH,
DENISE GEE, LISA MICHELLE WILSON,
MARGARITE L. BURELL, JEFFREY
GRANGER, and AMY SIMON

ORDER

SO ORDERED on this 15 day of April, 2009

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE